Case 7:26-cv-03706-KMK Document 16 Filed 07/31/26 Page 1 of 2

FBT Gibbons

**Genna A. Conti**
Partner
+1 973.596.4563 (t)
gconti@fbtgibbons.com

July 31, 2026

**VIA ELECTRONIC FILING**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brient Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: **Oppenheim and Degen Neurological Surgeons, LLP v. Cigna Health and Life Insurance Company**
**Case Number: 7:26-cv-03706-KMK-JCM**
**Request to Adjourn Initial Status Conference**

Dear Judge Karas:

In accordance with Local Civil Rule 7.1(e) and Rule 1(C) of Your Honor's Individual Practices, we write on behalf of Defendant Cigna Health and Life Insurance Company ("Cigna"), and with the consent of counsel for Plaintiff Oppenheim and Degen Neurological Surgeons, LLP to request that the Court adjourn the initial status conference currently scheduled for August 6, 2026, *see* ECF No. 15, until after Cigna responds to Plaintiff's Complaint. In furtherance of this request for an extension of time, we state as follows:

1. This matter was originally filed in New York Supreme Court, Index No. 032377/2026 and removed to the Southern District of New York on May 5, 2026. *See* ECF No. 1. Cigna's deadline to answer, move or otherwise respond to Plaintiff's Complaint is currently August 6, 2026, pursuant to the Stipulation Extending Defendant's Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint, entered by the Court on June 24, 2026, *see* ECF No. 14.

2. The parties have agreed to adjourn the initial status conference currently scheduled for August 6, 2026 until after Cigna responds to Plaintiff's Complaint. If this schedule meets with Your Honor's approval, Cigna respectfully requests this court enter an order adjourning the initial status conference, consistent with the parties' agreement.

3. There have been no previous requests for adjournments of the initial status conference.

4. Cigna respectfully submits that adjourning the initial conference until after Cigna responds to Plaintiff's Complaint will conserve both judicial resources and the resources of counsel.

5. Cigna's counsel conferred with Plaintiff's counsel regarding the adjournment of the initial status conference, and Plaintiff, through counsel, consents.

6. The requested adjournment does not affect any other scheduled dates set forth in a Court-approved Case Management Plan or Scheduling Order.

The parties reserve all rights and defenses in this action.

Accordingly, Cigna respectfully requests that the Court grant its request to adjourn the initial status conference currently scheduled for August 6, 2026, until after Cigna responds to Plaintiff's Complaint.

We thank Your Honor for your attention to and assistance with this matter.

Granted. The 8/6/26 conference is adjourned to 10/ 8 /26, at 10:30

So Ordered.

7/31/26

Respectfully submitted,

/s/ Genna A. Conti
Genna A. Conti